**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50407 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-02916-JLS-1 |
| v. | |
| EFREN OCHOA-GEMBE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted September 10, 2012[**]

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Efren Ochoa-Gembe appeals the 235-month sentence imposed following his

guilty plea to conspiracy to import methamphetamine and cocaine in violation of

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

21 U.S.C. §§ 952, 960, and 963. We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Ochoa-Gembe contends that the district court erred by not adequately addressing the disparity between his sentence and those of similarly-situated individuals, and by not sufficiently reducing his sentence for the cooperation he provided. In his written plea agreement, Ochoa-Gembe waived his right to appeal his conviction and sentence unless the district court imposed a sentence higher than the high end of the resulting advisory Guidelines range. The district court sentenced Ochoa-Gembe to the low end of the advisory Guideline range, and as Ochoa-Gembe acknowledged in his opening brief, his "sentence was within the range requiring defendant to waive his appeal." We conclude that Ochoa-Gembe knowingly and voluntarily agreed to the appellate waiver, and we enforce the appellate waiver. *See United States v. Harris*, 628 F.3d 1203, 1205 (9th Cir. 2011).

**DISMISSED**.